REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

FEB 26 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | |
| v. ) | Cause No. 1:25-CR-17 |
| ) | Violation: 18 U.S.C. § 871(a) |
| SPENCER B. WADE ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about May 29 and May 30, 2024, in the Northern District of Indiana,

SPENCER B. WADE,

did knowingly and willfully deposit for conveyance in the mail a letter containing a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically by stating he would kill the President of the United States and chop him up in pieces,

All in violation of 18 U.S.C. § 871(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about May 29 and May 30, 2024, in the Northern District of Indiana,

SPENCER B. WADE,

did knowingly and willfully deposit for conveyance in the mail a letter containing a threat to take the life of and to inflict bodily harm upon the Vice President of the United States, specifically by stating he would kill the Vice President of the United States and chop her up in pieces,

All in violation of 18 U.S.C. § 871(a).

A TRUE BILL

*/s/ Foreperson*
Foreperson

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By:  */s/ Teresa L. Ashcraft*
Teresa L. Ashcraft
Assistant United States Attorney